```
                    . .  COURT
                  . . OF MASS.
```

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2004 SEP 29 P 5: 11

| | |
|---|---|
| IRMA NOEMI RECINOS,<br>Plaintiff<br><br>v.<br><br>SPORTWEAR, INC.<br>Defendant. | )<br>)<br>)<br>)<br>)  CIVIL ACTION NO. 04-11134-NG<br>)<br>)<br>)<br>)<br>) |

## ANSWER OF DEFENDANT

The Defendant Sportswear Store, Inc. hereby answers the numbered paragraphs of the Complaint as follows:

1. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegation set forth in Paragraph 1 of the Complaint as to the location of the Plaintiff's residence.

2. Defendant's admit the allegations in Paragraph 2 of the Complaint except to the extent that the proper name of the Defendant is Sportswear Store, Inc.

3. Defendant's admit the allegations in Paragraph 3 of the Complaint.

4. Defendant's deny the allegations in Paragraph 4 of the Complaint.

6. Defendant's deny the allegations in Paragraph 6 of the Complaint.

7. The allegations in Paragraph 7 state legal conclusions to which no responsive pleading is required. To the extent they are factual allegations, they are denied.

8. The allegations in Paragraph 8 state legal conclusions to which no responsive pleading is required. To the extent they are factual allegations, they are denied.

## DEFENSES

### FIRST AFFIRMATIVE DEFENSE

Plaintiff's claims are barred under the applicable statute of limitations.

### SECOND AFFIRMATIVE DEFENSE

Plaintiff's claims are barred under the doctrine of laches.

### THIRD AFFIRMATIVE DEFENSE

Under the circumstances of the case, the Defendant had no obligation to hire the Plaintiff.

### FOURTH AFFIRMATIVE DEFENSE

Defendant reserves the right to supplement its defenses upon further discovery of this case.

Defendant
SPORTSWEAR STORE, INC.
By its attorneys,

_____
Richard B. Michaud, Esq. BBO# 345000
Bernkopf Goodman LLP
125 Summer Street, Suite 1300
Boston, Massachusetts 02110
Tel: (617) 790-3000

Dated: September 29, 2004
#299074 v1/32480/9242

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each other party by mail (by hand).

2