UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IRMA NOEMI RECINOS,<br>Plaintiff<br><br>v.<br><br>SPORTWEAR, INC.<br>Defendant. | CIVIL ACTION NO. 04-11134-NG |

FILED
IN CLERK'S OFFICE
2004 NOV -2  P 3: 25
U.S. DISTRICT COURT
DISTRICT OF MASS.

### ASSENTED TO MOTION OF DEFENDANT TO CONTINUE
### SCHEDULING CONFERENCE

The Defendant Sportswear Store, Inc. (improperly named as Sportwear, Inc.) through its counsel, Richard B. Michaud, moves the Court to continue the scheduling conference scheduled for November 3, 2004 to Tuesday, November 9, 2004 at 10:15 a.m. As grounds therefore, counsel states as follows:

1. Defendant's attorney has a conflicting Court hearing scheduled to take place at the Essex Probate Court in Lawrence, Massachusetts.

2. Plaintiff's attorney, Kenneth B. Phillips, assents to this motion.

Assented to by:

_____
Kenneth B. Phillips, Esq. BBO# 633836
One Apple Hill Drive
Suite 316
Natick MA 01760
Tel: (508) 652-0085

*Attorney for Plaintiff*

Defendant
SPORTSWEAR STORE, INC.
By its attorneys,

_____
Richard B. Michaud, Esq. BBO# 345000
Bernkopf Goodman LLP
125 Summer Street, Suite 1300
Boston, Massachusetts 02110
Tel: (617) 790-3000

Dated: November 2, 2004
#300901 v1/32480/9242