

BERNKOPF GOODMAN LLP

RICHARD B. MICHAUD
DIRECT DIAL: (617) 790-3335
E-MAIL: RMICHAUD@BG-LLP.COM

January 7, 2005

*Via Facsimile and First Class Mail*

United States District Court
District of Massachusetts
One Courthouse Way
7th Floor, Suite 7410
Boston, Massachusetts 02210

Attention: Rex Brown, Clerk for The Honorable Joyce London Alexander

RE: **Irma Noemi Recinos v. Sportswear, Inc.**
    **Civil Action No. 04-11134-NG**

Dear Mr. Brown:

This letter will confirm our telephone conversation in which we informed you that the above matter has been settled. We are in the process of exchanging settlement papers and expect to file the Stipulation of Dismissal next week. Accordingly, please remove this case from the January 11, 2005 hearing list.

Thank you for your assistance in this matter.

Very truly yours,

Richard B. Michaud
*Attorney for Defendant*

RBM:vad
cc:   Kenneth B. Phillips, Esq.
#304743 v1/32480/9242

125 SUMMER STREET
BOSTON, MA 02110-1621
617.790.3000   T
617.790.3300   F
WWW.BG-LLP.COM

# BERNKOPF GOODMAN LLP

January 7, 2005

## FACSIMILE TRANSMITTAL

RICHARD B. MICHAUD
DIRECT DIAL: (617) 790-3335
E-MAIL: RMICHAUD@BG-LLP.COM

**TO:** Rex Brown,

**COMPANY:** Clerk for The Honorable Joyce London Alexander

**FACSIMILE NO:** 617-748-4584

**TELEPHONE NO:** 617-748-9238

**FROM:** Richard B. Michaud, Esquire

**TRANSMITTED BY:** Val

**TOTAL PAGES (INCLUDING COVER):** 2

**CLIENT/MATTER NO:** 32480/9242

**MESSAGE:**

The information contained in this facsimile message is privileged and confidential, intended only for the use of the individual named above and others who have been specifically authorized to receive such. If the recipient is not the intended recipient, you are hereby notified that dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, or if any problems occur with transmission, please notify us immediately by phone at 617.790.3000. Thank you.

125 SUMMER STREET
BOSTON, MA 02110-1621
617.790.3000  T
617.790.3300  F
WWW.BG-LLP.COM