FROM :Law Offices of Ken Phillips        FAX NO. :5085192599        Jan. 07 2005 03:59PM P1

# BERNKOPF GOODMAN LLP

RICHARD B. MICHAUD
DIRECT DIAL: (617) 790-3393
E-MAIL: BMICHAUD@BG-LLP.COM

January 7, 2005

Via First Class Mail

United States District Court
District of Massachusetts
One Courthouse Way
7th Floor, Suite 7410
Boston, Massachusetts 02210

Attention: Rex Brown, Clerk for The Honorable Joyce London Alexander

RE: Irma Noemi Recinos v. Sportswear, Inc.
    Civil Action No. 04-11134-NG

Dear Mr. Brown:

This letter will confirm our telephone conversation in which we informed you that the above matter has been settled. We are in the process of exchanging settlement papers and expect to file the Stipulation of Dismissal next week. Accordingly, please remove this case from the January 11, 2005 hearing list.

Thank you for your assistance in this matter.

Very truly yours,

Richard B. Michaud
*Attorney for Defendant*

Very truly yours,

Kenneth B. Phillips
*Attorney for Plaintiff*

RBM:vad
#304743 v1/32480/9242

125 SUMMER STREET
BOSTON, MA 02110-1621
617.790.3000 T
617.790.3300 F
www.bg-llp.com

# BERNKOPF GOODMAN LLP

January 11, 2005

RICHARD B. MICHAUD
DIRECT DIAL: (617) 790-3335
E-MAIL: RMICHAUD@BG-LLP.COM

## FACSIMILE TRANSMITTAL

TO: Rex Brown,

COMPANY: Clerk for The Honorable Joyce London Alexander

FACSIMILE NO: 617-748-4584 and 4582

TELEPHONE NO: 617-748-9238

FROM: Richard B. Michaud, Esquire

TRANSMITTED BY: Val

TOTAL PAGES (INCLUDING COVER): 2

CLIENT MATTER NO: 32480/9242

MESSAGE:

**Rush**

The information contained in this facsimile message is privileged and confidential, intended only for the use of the individual named above and others who have been specifically authorized to receive such. If the recipient is not the intended recipient, you are hereby notified that dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, or if any problems occur with transmission, please notify us immediately by phone at 617.790.3000. Thank you.

125 SUMMER STREET
BOSTON, MA 02110-1621
617.790.3000   T
617.790.3300   F
WWW.BG-LLP.COM