UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IRMA NOEMI RECINOS
    Plaintiff

V.                                  CIVIL NO. 04-11134 NG

SPORTSWEAR, INC.
    Defendant

## ORDER
### DIRECTING THE PARTIES TO FILE A STIPULATION OF DISMISSAL

January 13, 2005

ALEXANDER, U.S.M. J.

    In that this Court has been advised by counsel on February 4, 2005, that the parties have reached a settlement, the parties are hereby directed to file a Stipulation of Dismissal with the Clerk's Office no later than February 4, 2005.

    SO ORDERED.

                                        /S/ Joyce London Alexander
                                        UNITED STATES MAGISTRATE JUDGE