UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 JAN 19 P 3:01

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| IRMA NOEMI RECINOS,<br>Plaintiff<br><br>v.<br><br>SPORTWEAR, INC.<br>Defendant. | CIVIL ACTION NO. 04-11134-NG |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties hereby stipulate and agree that all claims and counterclaims in the above action shall be dismissed with prejudice and without costs, interest or attorneys' fees and that all rights of appeal are hereby waived.

Plaintiff
IRMA NOEMI RECINOS
By her attorney,

_____
Kenneth B. Phillips, Esq. BBO# 633836
One Apple Hill Drive
Suite 316
Natick MA 01760
Tel: (508) 652-0085

Dated: January 18, 2005

Defendants
SPORTSWEAR STORE, INC.
By its attorney,

_____
Richard B. Michaud, Esq. B.B.O. No. 345000
Bernkopf Goodman LLP
125 Summer Street, Suite 1300
Boston, MA 02110-1621
Tel. (617) 790-3000

#303028 v1/32480/9242